1    **WO**

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7              **FOR THE DISTRICT OF ARIZONA**

8

9    M. Theresa de Mol; and Robert G.          )    No. CV-10-1895-PHX-DGC
     Turrill II,                               )
10                                             )    **ORDER**
                       Plaintiffs,             )
11                                             )
                                               )
12   vs.                                       )
                                               )
13   Grand Canyon Title Agency Inc;            )
     Phoenix Settlement Services LLC;          )
14   Empire West Title Agency; Biltmore        )
     Bank of Arizona; Lawyers Title of         )
15   Arizona; and Coppercrest Leveraged        )
     Mortgage Fund LLC,                        )
16                                             )
                       Defendants.             )
17   _____ )

18          On December 9, 2010, the Court issued an order (Doc. 23) denying Plaintiffs' motion

19   to correct "falsified docket description and falsified notice of filing" (Doc. 8). Plaintiffs have

20   filed a motion for reconsideration or clarification. Doc. 36. The Court will grant the motion

21   to the extent Plaintiffs seek further explanation as to why their motion to correct was denied.

22   The motion will be denied with respect to the request for reconsideration.

23          Plaintiffs asserted in their motion to correct that under the "Nature of Suit" heading,

24   the docket falsely describes this case as "Real Property: Foreclosure," that information listed

25   under the "Cause" and "Jurisdiction" headings is incorrect, and that the notice of filing they

26   received in the mail contains typos and other errors. Doc. 8. As the Court previously

27   explained (Doc. 23 at 1-2), the issues to be litigated in this matter are those raised in the

28   pleadings and other documents properly made part of the record. The purported erroneous

1  docket descriptions and information provided in the notice of filing are therefore immaterial.

2  There is no need to correct or otherwise change docket information in this matter.

3        **IT IS ORDERED** that Plaintiffs' motion for reconsideration or clarification (Doc. 36)

4  is **granted in part** and **denied in part** as set forth in this order.

5        DATED this 29th day of December, 2010.

6

7

8

9                              David G. Campbell
                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -